JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | Case No. CV 09-05276 DDP (Ex) |
| Plaintiff, | **ORDER REMOVING CASE FROM ACTIVE CASELOAD** |
| v. | |
| JAIVIN KARNANI and BALLS OF KRYPTONITE, LLC, | |
| Defendant. | |

IT IS HEREBY ORDERED that this action is removed from the Court's active caseload until further application by the parties or Order of this Court. This Court retains jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: July 16, 2010

_____
DEAN D. PREGERSON
United States District Judge